# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2013

147691

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re HARVEY, Minors.

SC: 147691
COA: 313746
Oakland CC Family Division:
12-796636-NA

_____/

On order of the Court, the application for leave to appeal the August 20, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2013



p0924

Clerk